JUL-26-06 11:23 FROM:OTIS CANLI & IRIKI          ID:41536 7332          PAGE    2/3

J. Morrow Otis (CSB #039311)
Steven L. Iriki (CSB #142533)
OTIS CANLI & IRIKI, LLP
180 Montgomery Street, Suite 1240
San Francisco, CA 94104
Telephone: (415) 362-4442
Facsimile: (415) 362-7332
Email: jmo@ocilaw.com

Attorneys for Plaintiff Performance Contracting, Inc.

RECEIVED
JUL 28 2006

FILED
AUG 03 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PERFORMANCE CONTRACTING, INC. <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES GENERAL SERVICES ADMINISTRATION, <br><br> Defendant. | Case No.: C-06-3886-MJJ <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ACTION FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER FREEDOM OF INFORMATION ACT 5 U.S.C. § 552** |

Plaintiff Performance Contracting, Inc., by and through counsel, and files notice pursuant to Fed. Civ. Rule 41(a)(1) of its voluntary dismissal of the within action without prejudice.

Respectfully submitted,

Dated: July 27, 2006          OTIS CANLI & IRIKI, LLP

By: _____
J. Morrow Otis
Attorneys for Plaintiff Performance Contracting, Inc.

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
8/3/2006
DATE

-1-
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
2010-039-PLD-FOIA\Notice of Dismissal 072506.doc

BY FAX